# EXHIBIT A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

**NOTICE TO DEFENDANT:** Capitol One, Discover Financial
**(AVISO AL DEMANDADO):** Services, LLCA and Does 1-100,
Inclusive

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

NOV 3 0 2017

By _____
LEANNE M. LANDEROS, DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:** Amandeep Singh
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is: (El nombre y dirección de la corte es): | CASE NUMBER: (Número del Caso): CIVDS 1723534 |
|---|---|

San Bernardino County Superior Court
San Bernardino Justice Center-Civil Dept.
247 West Third Street
San Bernardino, CA 92415

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Amandeep Singh                                      (909) 565-8508
16856 Merrill
Fontana, CA 92335

| DATE: NOV 3 0 2017 | Clerk, by LEANNE M. LANDEROS | , Deputy |
|---|---|---|
| (Fecha) | (Secretario) | (Adjunto) |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify): DISCOVER FINANCIAL SERVICES, LLC

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☒ other (specify): LLC
4. ☒ by personal delivery on (date): 5/4/18

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | SUMMONS | Legal Solutions Plus | Code of Civil Procedure §§ 412.20, 465 |

| ATTORNEY OR PARTY WITHOUT (Name, State Bar Number, and address):<br>AMANDEEP SINGH<br>16856 Merrill Avenue<br>Fontana, CA 92335<br><br>Telephone No.: 310-693-3885    Fax No. (Optional):<br>ATTORNEY FOR (Name): In Pro Per | COURT USE<br>ONLY<br><br>**F I L E D**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br><br>APR 2 0 2018<br><br>BY _____<br>PAULETTE RODRIGUEZ, DEPUTY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**<br>STREET ADDRESS 247 W. Third Street<br>MAILING ADDRESS Same<br>CITY AND ZIP CODE San Bernardino, California 92415<br>BRANCH NAME Central District-Civil Division | |
| PLAINTIFF(S)/PETITIONER(S):<br>Amandeep Singh | *CLERK'S USE ONLY* |
| DEFENDANT(S)/RESPONDENT(S):<br>Capitol One, Discover Financial Services, LLC; et al. | |
| **AMENDMENT TO COMPLAINT** | CASE NUMBER:<br>CIVds 1723534 |

**FICTITIOUS NAME** (No order required)

Upon filing the complaint herein, plaintiff(s) being ignorant of the true name of a defendant, and having designated said defendant in the complaint by the fictitious name of:

_____

and having discovered the true name of the said defendant to be:

_____

hereby amends the complaint by inserting such true name in place and stead of such fictitious name wherever it appears in said complaint.

_____           _____
         *Date*                                  *Declarant's Signature*

**INCORRECT NAME** (Order required)
Plaintiff(s) having designated a defendant in the complaint by the incorrect name of :
Capitol One

and having discovered the true name of the said defendant to be:
Capital One (USA) N.A.

hereby amends the complaint by inserting such true name in place and stead of such fictitious name wherever it appears in said complaint.

_____           _____
  April 17, 2018                            *Declarant's Signature*
        *Date*

**ORDER**
Proper cause appearing, the above amendment to the complaint is allowed

Dated _____APR 2 0 2018_____           **MICHAEL A. SACHS**
                                     *Judge/Commissioner*

**AMENDMENT TO COMPLAINT**                    www.CalCourtForms.com

SB-16778, Rev. 04-2014

Exhibit A - Page 7

**PLD-C-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Amandeep Singh<br>16856 Merrill<br>Fontana, CA 92335 | |

TELEPHONE NO: (909) 565-8508   FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* Petitioner In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino, CA 92415
BRANCH NAME: San Bernardino Justice Center-Civil Dept.

*(court stamp):* FILED SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO SAN BERNARDINO DISTRICT NOV 30 2017 BY LEANNE M. LANDEROS, DEPUTY

PLAINTIFF: Amandeep Singh

DEFENDANT: Capitol One; Discover Financial Services, LLC; and

[x] DOES 1 TO 100, Inclusive

**CONTRACT**

[x] COMPLAINT   [ ] AMENDED COMPLAINT *(Number):*

[ ] CROSS-COMPLAINT   [ ] AMENDED CROSS-COMPLAINT *(Number):*

**Jurisdiction** *(check all that apply):*

[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
            [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:

CIVDS 1723534

1. **Plaintiff** *(name or names):* Amandeep Singh

   alleges causes of action against defendant *(name or names):* Capitol One; Discover Financial Services, LLC;

2. This pleading, including attachments and exhibits, consists of the following number of pages: 2

3. a. Each plaintiff named above is a competent adult
      [ ] except plaintiff *(name):*

       (1) [ ] a corporation qualified to do business in California
       (2) [ ] an unincorporated entity *(describe):*
       (3) [ ] other *(specify):*

   b. [ ] Plaintiff *(name):*
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. [ ] has complied with all licensing requirements as a licensed *(specify):*

   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      [x] except defendant *(name):* Capitol One;    [x] except defendant *(name):* Discover Financial Services, LLC;

       (1) [X] a business organization, form unknown     (1) [ ] a business organization, form unknown
       (2) [ ] a corporation                       (2) [X] a corporation
       (3) [ ] an unincorporated entity *(describe):*     (3) [ ] an unincorporated entity *(describe):*

       (4) [ ] a public entity *(describe):*           (4) [ ] a public entity *(describe):*

       (5) [ ] other *(specify):*              (5) [ ] other *(specify):*

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: Singh vs Capital One, et.al., | CASE NUMBER: CIVDS 1723534 |
| --- | --- |

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named
          defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
          plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, *or*
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☒ other *(specify):* The fraud, libel, slander and harassment occurred in Central
      Judicial District

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   ☐ Breach of Contract
   ☐ Common Counts
   ☒ Other *(specify):* Fraud; Libel; Slander; Intnetional Misrepresentation;

9. ☐ Other allegations.

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☒ damages of: $700,000 00
    b. ☒ interest on the damages
       (1) ☐ according to proof.
       (2) ☒ at the rate of *(specify):* 10 percent per year from *(date):* 11/11/16
    c. ☒ attorney's fees
       (1) ☐ of: $
       (2) ☒ according to proof.
    d. ☒ other *(specify):* Punitive and Exemplary damages in the amount of
       $20,000,000.00 to deter each of the named defendants from
       Exercising this same type of behavior with other Consumers.

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: June 29, 2017

Amandeep Singh
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]                **COMPLAINT—Contract**                                Page 2 of 2

PLD-C-001(1)

| SHORT TITLE: Singh vs Capital One, et.al., | CASE NUMBER:<br>CIVDS 1723534 |
|---|---|

FIRST _(number)_                    **CAUSE OF ACTION—Breach of Contract**

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

BC-1. Plaintiff _(name)_: Amandeep Singh

alleges that on or about _(date)_:

a [ ] written [X] oral [ ] other _(specify)_:

agreement was made between _(name parties to agreement)_: Plaintiff and Capitol One and Discover Financial Services

[ ] A copy of the agreement is attached as Exhibit A, or

[X] The essential terms of the agreement [ ] are stated in Attachment BC-1 [X] are as follows _(specify)_:

Each of the named defendants allowed their representatives to open credit cards/accounts in the Plaintiffs' name without his consent, knowledge or authorization. Each of the named defendants' and their representatives also allowed negative entries from their companies to be submitted to various credit bureaus with the Plaintiff's social security number being the target. The named defendants knew by their communications with the Plaintiff Amandeep Singh that these illegal accounts were not his accounts, that negative entries were placed negatively on his credit profiles when he was a minor child or that their representatives continue to damage the Plaintiff's credit by allowing the negative credit entries to remain on his credit profiles or due to the fact they continue to report these negatives on his credit profiles. Each day the negative entries are NOT removed the Plaintiff is being damaged because he's a student studying to be a medical doctor which requires good credit

BC-2. On or about _(dates)_:

defendant breached the agreement by [ ] the acts specified in Attachment BC-2 [X] the following acts _(specify)_: Each time the Plaintiff contacted the named defendants they would promise to research the issues he brought to their attention and/or promised that they would remove the negative items from his credit profiles as the subject accounts were either opened when he was a minor child and/or the credit entries were charged against his social security number when he was a minor child. He has told them on numerous occasions that he was a victim of identity theft before he became an adult and they refuse to remove these negative items off of his credit and each day that these negative entries remain on his credit profile he is hindered in the continuation of pursuing his education and establishing his career in medicine as good credit is required for both.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4 [X] as follows _(specify)_: The plaintiff has been substantially damaged in that his credit has been severely affected by the various adverse/negative entries to his credit and social secuity number supplied by each of the named defendants. The damages continue each day they refuse to remove the adverse items as he cannot get credit with such negative entries reported under his social security number.

BC-5. [X] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $
[X] according to proof.

BC-6. [ ] Other:

Page 3

Page 1 of 1

Exhibit A - Page 10

PLD-C-001(3)

| SHORT TITLE: Singh vs Capital One, et.al., | CASE NUMBER: |
|---|---|
| | CIVDS 1723534 |

SECOND **CAUSE OF ACTION—Fraud**
(number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR-1. Plaintiff *(name)*: Amandeep Singh

alleges that defendant *(name)*: Capitol One; Discover Financial Services, LLC;

on or about *(date)*: defrauded plaintiff as follows:

FR-2. [X] **Intentional or Negligent Misrepresentation**

a. Defendant made representations of material fact [ ] as stated in Attachment FR-2.a [X] as follows:
It is the Plaintiffs' contention that each of the named defendants deliberately and intentionally ruined his credit rating by issuing false and/or erroneous information to his social security number with each of the major credit profiles/bureaus. This continued negligence and/or intentional misrepresentation continues each time the defendants update their negatives entires to his credit profile/social security number and/or refuse his repeated request(s) to remove all of their negative entries from his social security as the problems were made long BEFORE he became an adult. Each of the named defendants have been told time and time again that he is a victim of identity theft and that the subject accounts were opened by unknown persons with his information when he was a child.

b. These representations were in fact false. The truth was [ ] as stated in Attachment FR-2.b [X] as follows:
Each time the Plaintiff Amandeep Singh has contacted the defendants they promise to remove the negatives items being reported to his credit profiles but then they don't which cause him to lool bad on paper.

c. When defendant made the representations,
[X] defendant knew they were false, or
[ ] defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [X] **Concealment**

a. Defendant concealed or suppressed material facts [ ] as stated in Attachment FR-3.a [X] as follows:
Each of the name defendants each knew they were misleading the Plaintiff Amandeep Singh when they promised to remove the items from his credit profiles and then they did not remove it.

b. Defendant concealed or suppressed material facts
[X] defendant was bound to disclose.
[X] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page 4

Page 1 of 2

**CAUSE OF ACTION—Fraud**

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

Exhibit A - Page 11

PLD-C-001(3)

| SHORT TITLE: Singh vs Capital One, et al. | CIV CASE NUMBER E3534 |
| --- | --- |

SECOND _____          **CAUSE OF ACTION—Fraud**
          (number)

FR-4. [X] **Promise Without Intent to Perform**
          a. Defendant made a promise about a material matter without any intention of performing it      [ ] as stated
          in Attachment FR-4.a [X] as follows: Each of the named defendants have made it
their practice to deliberately defraud consumers of their credit ratings by
issuing/submitting false and/or erroneous informtion tot heir social
security numbers. When consumers contact these defendants, the defendants
promise to fix and/or delete the adverse entries but then they simply dont
and leave the consumer with bad credit ratings. Hence, the filing of this
action by the Plaintiff for them to immediately remove any and all negative
and adverse entries they have submitted to his credit profile and/or that
they have put on his social security number.

          b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
          plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
          defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5.  In justifiable reliance upon defendant's conduct, plaintiff was induced to act      [ ] as stated in Attachment FR-5
          [ ] as follows:

FR-6.  Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged      [ ] as stated in
          Attachment FR-6 [X] as follows:  The Plaintiff as been irreversibly damaged in an
          amount to be determined at trial.

FR-7.  Other:

PLD-C-001(3) (Rev. January 1, 2007)          **CAUSE OF ACTION —Fraud**

Exhibit A - Page 12

PLD-C-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Amandeep Singh
16856 Merrill St.
Fontana, CA 92335

TELEPHONE NO: 909-565-8508    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): In Pro Per

FOR COURT USE ONLY

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAR 21 2018

BY ___Sara Pugh___
SARA PUGH, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: SAME
CITY AND ZIP CODE: San Bernardino, CA 92415
BRANCH NAME: San Bernardino Justice Center-Civil Department

PLAINTIFF: Amandeep Singh

DEFENDANT: Capitol One, Discover Financial Services, LLC; and

[✓] DOES 1 TO 100 inclusive

CONTRACT
[ ] COMPLAINT    [✓] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
                   [ ] exceeds $10,000 but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:
CIVDS 1723534

1. Plaintiff (name or names):
   Amandeep Singh
   alleges causes of action against defendant (name or names):
   Capitol One, Discover Financial Services, LLC; and Docs 1-100 inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
      [ ] except plaintiff (name):
         (1) [ ] a corporation qualified to do business in California
         (2) [ ] an unincorporated entity (describe):
         (3) [ ] other (specify):
   b. [ ] Plaintiff (name):
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      [✓] except defendant (name): Capital One        [✓] except defendant (name): Discover Financial
         (1) [✓] a business organization, form unknown         (1) [✓] a business organization, form unknown
         (2) [ ] a corporation                                  (2) [ ] a corporation
         (3) [ ] an unincorporated entity (describe):           (3) [ ] an unincorporated entity (describe):
         (4) [ ] a public entity (describe):                    (4) [ ] a public entity (describe):
         (5) [ ] other (specify):                               (5) [ ] other (specify):

Page 1 of 2

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Singh vs Capital One, et.al., | CIVDS 1723534 |

4. *(Continued)*

   b. The true names of defendants sued as Does are unknown to plaintiff.

      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.

      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.

   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☑ Plaintiff is required to comply with a claims statute, **and**

   a. ☑ has complied with applicable claims statutes, *or*

   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because

   a. ☐ a defendant entered into the contract here.

   b. ☐ a defendant lived here when the contract was entered into.

   c. ☐ a defendant lives here now.

   d. ☐ the contract was to be performed here.

   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.

   f. ☐ real property that is the subject of this action is located here.

   g. ☑ other *(specify):*

      Fraud, Libel slander and harassment occurred in Central District

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   ☑ Breach of Contract

   ☐ Common Counts

   ☑ Other *(specify):*

      Fraud, Libel , Slander, Intentional Misrepresentation, Fraudulent Misrepresentation

9. ☑ Other allegations:

      Intrusion of Solitude, Apparition of name or Likeness, Breach of Fiduciary Duty , Intentional infliction of emotional distress, Employees Negligence

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

   a. ☑ damages of: $

   b. ☐ interest on the damages

      (1) ☐ according to proof.

      (2) ☐ at the rate of *(specify):* _____ percent per year from *(date):*

   c. ☐ attorney's fees

      (1) ☐ of: $

      (2) ☐ according to proof.

   d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 3 / 7 / 2018

Amandeep Singh
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

| PLD-C-001 [Rev. January 1, 2007] | **COMPLAINT—Contract** | Page 2 of 2 |
|---|---|---|

Exhibit A - Page 14

**PLD-C-001(1)**

| SHORT TITLE: Singh vs Capital One, et.al., | CASE NUMBER: CIVDS 1723534 |
|---|---|

FIRST _____  **CAUSE OF ACTION—Breach of Contract**
_(number)_

ATTACHMENT TO [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* Amandeep Singh

 alleges that on or about *(date):*

 a [ ] written  [X] oral  [ ] other *(specify):*

 agreement was made between *(name parties to agreement):* Plaintiff and Capitol One and Discover Financial Services

 [ ] A copy of the agreement is attached as Exhibit A, or

 [X] The essential terms of the agreement  [ ] are stated in Attachment BC-1  [X] are as follows *(specify):* Each of the named defendants allowed their representatives to open credit cards/accounts in the Plaintiffs' name without his consent, knowledge or authorization. Each of the named defendants' and their representatives also allowed negative entries from their companies to be submitted to various credit bureaus with the Plaintiff's social security number being the target. The named defendants knew by their communications with the Plaintiff Amandeep Singh that these illegal accounts were not his accounts, that negative entries were placed negatively on his credit profiles when he was a minor child or that their representatives continue to damage the Plaintiff's credit by allowing the negative credit entries to remain on his credit profiles or due to the fact they continue to report these negatives on his credit profiles. Each day the negative entries are NOT removed the Plaintiff is being damaged because he's a student studying to be a medical doctor which requires good credit

BC-2. On or about *(dates):*

 defendant breached the agreement by [ ] the acts specified in Attachment BC-2 [X] the following acts
 *(specify):* Each time the Plaintiff contacted the named defendants they would promise to research the issues he brought to their attention and/or promised that they would remove the negative items from his credit profiles as the subject accounts were either opened when he was a minor child and/or the credit entries were charged against his social security number when he was a minor child. He has told them on numerous occasions that he was a victim of identity theft before he became an adult and they refuse to remove these negative items off of his credit and each day that these negative entires remain on his credit profile he is hindered in the continuation of pursuing his education and establishing his career in medicine as good credit is required for both.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
 [ ] as stated in Attachment BC-4 [X] as follows *(specify):* The plaintiff has been substantially damaged in that his credit has been severely affected by the various adverse/negative entries to his credit and social secuity number supplied by each of the named defendants. The damages continue each day they refuse to remove the adverse items as he cannot get credit with such negative entries reported under his social security number.

BC-5. [X] Plaintiff is entitled to attorney fees by an agreement or a statute
 [ ] of $
 [X] according to proof.

BC-8. [ ] Other:

Page 3
Page 1 of 1

**CAUSE OF ACTION—Breach of Contract**  Legal Solutions Plus  Code of Civil Procedure, § 425.12

Exhibit A - Page 15

PLD-C-001(3)

| SHORT TITLE: Singh vs Capital One, et.al., | CASE NUMBER: CIVDS 1723534 |
|---|---|

SECOND _____ **CAUSE OF ACTION—Fraud**
         (number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR-1. Plaintiff *(name):* Amandeep Singh

alleges that defendant *(name):* Capitol One; Discover Financial Services, LLC;

on or about *(date):*                         defrauded plaintiff as follows:

FR-2. [X] **Intentional or Negligent Misrepresentation**
    a. Defendant made representations of material fact [ ] as stated in Attachment FR-2.a [X] as follows:
It is the Plaintiffs' contention that each of the named defendants deliberately and intentionally
ruined his credit rating by issuing false and/or erroneous information to his social security number
with each of the major credit profiles/bureaus. This continued negligence and/or intentional
misrepresentation continues each time the defendants update their negatives entires to his credit
profile/social security number and/or refuse his repeated request(s) to remove all of their negative
entries from his social security as the problems were made long BEFORE he became an adult. Each of
the named defendants have been told time and time again that he is a victim of identity theft and
that the subject accounts were opened by unknown persons with his information when he was a child.
    b. These representations were in fact false. The truth was [ ] as stated in Attachment FR-2.b [X] as follows:
Each time the Plaintiff Amandeep Singh has contacted the defendants they
promise to remove the negatives items being reported to his credit
profiles but then they don't which cause him to lool bad on paper.

    c. When defendant made the representations,
       [X] defendant knew they were false, or
       [ ] defendant had no reasonable ground for believing the representations were true.

    d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described
       in item FR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed
       they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [X] **Concealment**
    a. Defendant concealed or suppressed material facts [ ] as stated in Attachment FR-3.a [X] as follows:
Each of the name defendants each knew they were misleading the
Plaintiff Amandeep Singh when they promised to remove the items from
his credit profiles and then they did not remove it.
    b. Defendant concealed or suppressed material facts
       [X] defendant was bound to disclose.
       [X] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed
           or suppressed facts.

    c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act
       as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed
       facts and would not have taken the action if plaintiff had known the facts.

Page ___4___

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Legal
Solutions
Plus

Page 1 of 2
Code of Civil Procedure, § 425.12

## Detailed History for Police Inc# 161105047 As of 11/11/2016 09:19:53

Output for: 977

Priority:4 Type:530 - IDENTITY THEFT
Location:16030 VALENCIA CT,FON
LocCross:btwn TOKAY AV and DEAD END
Info:***FRONT DESK TO HANDLE***

| Created: | 11/11/2016 09:01:03 | F117 | 977 |
| Entered: | 11/11/2016 09:12:16 | F117 | 977 |
| Closed: | 11/11/2016 09:16:15 | DSP4 | 922 |

IC: PrimeUnit. Dispo:RPT Type:530 - IDENTITY THEFT
Agency:FPD Group:FON1 Beat:3 RD:H21G2

Case #:DR160020756  ☐ Detail

| 09:01:03 | CREATE | Location:16030 VALENCIA CT,FON Type:530 Info:***FRONT DESK TO HANDLE*** Name:AMANDEEP SINGH RPaddr:16030 VALENCIA CT FONTANA CA 92335 Phone:(909) 356-8629 Group:FON1 Area:H21G2 TypeDesc:IDENTITY THEFT LocCross:btwn TOKAY AV and DEAD END Priority:4 Response:1PAT Agency:FPD LocType:S |
| 09:12:16 | ENTRY | Comment:RP APPLIED FOR A CAR LOAN AND WAS NOT APPROVED BECAUSE OF CREDIT ISSUES. HE CHECKED HIS CREDIT AND FOUND AN UNKNOWN PERSON(S) OPENED A DISCOVER CREDIT CARD UNDER HIS NAME IN KEWANEE IL. HE CAME IN TODAY TO DOCUMENT THE INCIDENT. |
| 09:12:16 | SUBJ | Age:25 DOB:120290 Name:SINGH, AMANDEEP |
| 09:12:16 | NPREMS | Comment:(none) |
| 09:12:29 | CASE | DR#:DR160020756 |
| 09:16:06 | DI | |
| 09:16:15 | CAN | Dispo:RPT DispoLevel:0 Comment:. |

CONTACT INFO:

| Name | Phone | RPaddr | Contact? | Language | S/97 | Weapons? |
|---|---|---|---|---|---|---|
| AMANDEEP SINGH | (909) 356-8629 | 16030 VALENCIA CT FONTANA CA 92335 | | | | |

https://usa.experian.com/#/print/experian/201611072326074245

EEP SINGH - Experian
of Report: Nov 7, 2016

**:::: Experian**

# Open Accounts

DISCOVER FIN SVCS LLC
60112089XXXX    *Not me*

Open

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | DISCOVER FIN SVCS LLC |
| Account # | 60112089XXXX |
| Account Status | Open. |
| Last Updated | Oct 23, 2016 |
| Account Type | Credit Card - Revolving Terms |
| Date Opened | Sep 1, 2006 |
| Balance | $11,845 |
| Credit Limit | $12,100 |
| Monthly Payment | $237 |
| Past Due Amount | - |
| Payment Status | Current |
| Highest Balance | $11,845 |
| Terms | Revolving |
| Responsibility | Authorized User |
| Comments | - |

*Not me* (×2)

**CREDIT USAGE**

**98%**

High Credit Usage
Keeping your account balances as low as possible
can have a positive impact on your credit.

**CONTACT INFORMATION**

PO BOX 15316
WILMINGTON, DE 19850
BY MAIL ONLY

**PAYMENT HISTORY**    → *Not me*

### 2016
| Jan | Feb | Mar | Apr |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| May | Jun | Jul | Aug |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| Sep | Oct | Nov | Dec |
|-----|-----|-----|-----|
| OK | OK | | |

### 2015
| Jan | Feb | Mar | Apr |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| May | Jun | Jul | Aug |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| Sep | Oct | Nov | Dec |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

### 2014
| Jan | Feb | Mar | Apr |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| May | Jun | Jul | Aug |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| Sep | Oct | Nov | Dec |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

### 2013
| Jan | Feb | Mar | Apr |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| May | Jun | Jul | Aug |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| Sep | Oct | Nov | Dec |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

### 2012
| Jan | Feb | Mar | Apr |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| May | Jun | Jul | Aug |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| Sep | Oct | Nov | Dec |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

### 2011
| Jan | Feb | Mar | Apr |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| May | Jun | Jul | Aug |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| Sep | Oct | Nov | Dec |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

### 2010
| Jan | Feb | Mar | Apr |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| May | Jun | Jul | Aug |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| Sep | Oct | Nov | Dec |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

### 2009
| Jan | Feb | Mar | Apr |
|-----|-----|-----|-----|
| | | | |

| May | Jun | Jul | Aug |
|-----|-----|-----|-----|
| | | | |

| Sep | Oct | Nov | Dec |
|-----|-----|-----|-----|
| | | OK | OK |

Summary    Accounts (Open)    Collections    Inquiries    Public Records    Credit Score

Exhibit A - Page 18



SS# U03-21-5294

SINGH - Experian
report: Jan 13, 2017



# Open Accounts

DISCOVER FIN SVCS LLC
60112089XXXX

Open

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | DISCOVER FIN SVCS LLC |
| Account # | 60112089XXXX |
| Account Status | Open |
| Last Updated | Dec 23, 2016 |
| Account Type | Credit Card - Revolving Terms |
| Date Opened | Sep 1, 2006 |
| Balance | $11,375 |
| Credit Limit | $12,100 |
| Monthly Payment | $228 |
| Past Due Amount | |
| Payment Status | Current |
| Highest Balance | $11,845 |
| Terms | Revolving |
| Responsibility | Authorized User |
| Comments | |

## CREDIT USAGE

**94%**

High Credit Usage
Keeping your account balances as low as possible can have a positive impact on your credit.

## CONTACT INFORMATION

PO BOX 15316
WILMINGTON, DE 19850
BYMAILONLY

## PAYMENT HISTORY

**2016**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2015**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2014**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2013**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2012**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2011**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2010**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2009**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| | | | |
| May | Jun | Jul | Aug |
| | | | |
| Sep | Oct | Nov | Dec |
| | | | |

| Summary | Accounts (Open) | Collections | Inquiries | Public Records | Credit Score |
|---|---|---|---|---|---|

Exhibit A - Page 20

# Receipt

Prep Xpress, Inc.
10737 Laurel Street, Suite 105
Rancho Cucamonga, CA 91730
Phone (909) 944-7900
Fax 1(877) 277-9023
Email: rancho@prepxpress.com

Date: 11/21/2016
Receipt No.: 13017

**Bill To:**
AMANDEEP SINGH
16856 MERRILL AVE
FONTANA CA, 92335

One Hundred Seventy Five and 0/100 Dollars                    $175.00

Payment Method: Credit Card
Invoice Number: 12259

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 1.00 | REMOVAL OF NEGAVTIVE INQUIRY ON CREDIT REPORT | $500.00 | $500.00 |
| 1.00 | COURT FILING SB COUNTY | | |
| 1.00 | COURT FEE WAIVER APPLICATION | | |

|  |  |
|---|---|
| Subtotal | $500.00 |
| Total Amt | $500.00 |
| Paid Today | $175.00 |
| Balance Due | $325.00 |

Docs due 12/07/16 @ 10:00am

Please contact us for more information about this receipt.

Thank you for your business.

Exhibit A - Page 21

Prep Xpress
4129 Main St Bldg B Suite 15
Riverside, Ca 92501
951-788-1200

Sale Transaction

11/21/2016 02:18 PM

Invoice:                    10329

Total:          USD $175.00

Payment
    Payment:                 175.00
    AuthCode:                000002
    Card Type:       MASTERCARD
    Card:       ************4598
    Exp:              **/****

    TranID:        20161121141843-
                   0807342-10329

I agree to pay above total amount
according to card issuer agreement
(merchant agreement if credit voucher)

X

SINGH, AMANDEEP
(Merchant Copy)

Amandeep Singh
c/o Prep Xpress
505 N. Arrowhead Avenue
Suite 410
San Bernardino, CA 92401

February 1, 2017

Experian
c/o Dispute Department
P.O. Box 4500
Allen, TX 75013

Dear Sir or Madam:

I am writing to dispute the following information in my file. I have circled the items I dispute on the attached copy of the report I received.

This item Discover Financial Services, LLC is inaccurate because I am not the owner of the account and I have no knowledge of the account. I am requesting that the item be removed to correct the information.

This item San Bernardino County Collections Division is inaccurate because I am not the owner of the account and I have no knowledge of the account. I am requesting that the item be removed to correct the information.

Also, the following addresses listed in the "My Personal Information" section of my credit report are inaccurate because I have never resided at the addresses:

627 Beach Street S
Kewanee, IL 61443-3619

6054 Commercial Street
Kewanee, IL 61443-2018

40 N. Caesar Avenue
Clovis, CA 9361-0269

Unfortunately, I was a victim of identity theft and the items mentioned above to do not belong to me; however they are adversely affecting my credit; therefore I am requesting that the items be removed.

Enclosed are copies of the police report in which I reported the identity theft to the appropriate authorities supporting my position. Please reinvestigate these matters and delete the disputed items as soon as possible.

Sincerely,

Amandeep Singh

Exhibit A - Page 23

16 - 20756
D. VENZOR
FONTANA PD
(909) 350-7740



**CLIENT AGREEMENT FOR SELF-HELP SERVICES**

*The Affordable Solution That Counts!!!*

This contract is between, Prep Xpress, and you, Amandeep Singh for the self-help services described in Part I below. We are the "legal document assistant" and you are the "client"

You should read and understand this entire contract before you sign it. You should understand the kinds of services that we can and cannot perform for you (see Part II below).

**Initials** [AS]

**WE ARE NOT ATTORNEYS. WE CANNOT PERFORM THE LEGAL SERVICES THAT AN ATTORNEY PERFORMS. WE CANNOT ENGAGE IN THE PRACTICE OF LAW.**

We cannot keep your original documents if you request that we return them to you. We cannot keep your original documents if you do not sign this contract or if this contracts terminates (ends) for any reason. We cannot keep your original documents after the entire contract services have been provided (see Part II below). It is a violation of California law if we keep your original documents under any of these circumstances.

It is a violation of law if we make a false or misleading statement to you.

We cannot obtain special favors from, and we do not have any special influence with, any court or any state or federal agency.

As required by law, we have filed a bond or made a cash deposit and have registered as a legal document assistant in each county where we will perform services on your behalf.

Kinds of services that we can perform for you: We can perform the following self-help services for you on connection with a legal matter in which you are representing yourself: We can type, otherwise complete, as you specifically direct, legal documents that you have selected. We can provide you general published factual information that was written or approved by an attorney, to help you represent yourself. We can provide you published legal documents. We can file and serve legal forms and documents as you specifically direct.

These are the only services that we can perform for you. We cannot provide you any service if you need additional services. If you need additional services, then you require the services of an attorney.

Kinds of services that we cannot perform for you: We cannot provide you any self-help service unless you are representing yourself in a legal matter and the self-help service is related to that legal matter.

**WE CANNOT ENGAGE IN THE PRACTICE OF THE LAW. THIS MEANS THAT WE CANNOT GIVE YOU ANY KIND OF ADVICE, EXPLANATION, OPINON, OR RECOMMENDATION ABOUT POSSIBLE LEGAL RIGHTS, REMEDIES, DEFENSES, STRATEGIES, OR OPINONS THAT YOU MAY HAVE. WE CANNOT GIVE YOU ANY ADVICE, RECOMMENDATION, EXPLANATION, OR OPINON REGARDING SELECTION OF FORMS.**

**Initials** [AS]

PREP XPRESS DOES NOT GUARANTEE THE OUTCOME OF YOUR CASE. We are only authorized to prepare legal documents at your direction. The preparation and filing of these legal documents does not guarantee a particular outcome. The outcome of your case is ultimately determined by a Judicial Officer of the Court.

**Initials** [AS]

1

CLIENT AGREEMENT FOR SELF HELP SERVICES

## III. SERVICES TO BE PROVIDED

We will provide you all of the following services (list all of the services that the client will be charges for):  Removal of negative Inquiry on credit report. filing service fee waiver application

Initials: **AS**

You are paying Prep Xpress only for those services listed above and no others.

COURT FILINGS, SERVICE OF PROCESS AND/OR CASE UPDATES FROM THE COURTS ARE NOT INCLUDED IN ANY PRICE GIVEN TO YOU BY PREP XPRESS. These services can be provided for an additional fee. If these services are requested and paid for, it is to be clearly stated above. It is unlawful for Prep Xpress to make any guarantee or promise to you unless it is written in this contract and unless we factual basis for making the guarantee or promise.

Initials: **AS**

## IV. FEES AND EXPENSES

You agree to pay PrepXpress the following fees, costs and expenses:

A flat fee in the total amount of $ 500.00  for all services, costs and expenses:

to be paid as follows (please see client invoice or promise to pay).

Initials: **AS**

In order to receive your final documents your full ☐ cash amount and/or ☐ post-dated check amount must be received by our office.

Initials: **AS**

## V. CANCELLATION and REFUND POLICY

YOU MAY CANCEL THIS CONTRACT FOR ANY REASON WITHIN TWELVE (12) HOURS FROM THE TIME YOU SIGNED IT BY TELEPHONE, FACSIMILE OR WRITTEN NOTICE. (If cancellation of this contract is necessary, you are subject to a 20% processing fee.)

Initials: **AS**

IF YOU CANCEL THE CONTRACT, PREP XPRESS MUST IMMEDIATELY REFUND ANY FEES THAT YOU HAVE PAID. THE ONLY FEES THAT WE MAY KEEP ARE FEES FOR SERVICES WHICH WE HAVE ACTUALLY, NECESSARILY, AND REASONABLY PERFORMED ON YOUR BEHALF DURING THE 12-HOUR PERIOD UNLESS YOU KNEW THAT WE WOULD PERFORM THOSE SERVICES AND YOU AGREED IN THIS CONTRACT THAT WE WOULD PERFORM THEM.

TO CANCEL THIS CONTRACT AND REQUEST AREFUND, SEND PREP XPRESS WRITTEN NOTICE STATING THAT YOU ARE CANCELING THE CONTRACT AND (1) MAIL THE NOTICE BY FIRST-CLASS MAIL AND WITH THE CORRECT POSTAGE TO PREP XPRESS AT THE ADDRESS IN PART VI BELOW; (2) E-MAIL THE REQUEST TO RANCHO@PREPXPRESS.COM; (3) DELIVER THE NOTICETO THE LOCATION WHERE THE SERVICES WERE RENDERED; (4) FAX THE NOTICE TO (877)277-9023. WE MUST RECEIVE YOUR METHOD OF CANCELLATION WITHIN THE TWELVE (12) HOUR PERIOD OF THE SIGNING OF THIS CONTRACT.

A REFUND SHALL ONLY BE ISSUED IF THE CANCELLATION WAS MADE WITHIN THE TWELVE (12) HOUR PERIOD. NO REFUNDS CAN BE GIVEN AFTER TWELEVE HOURS FROM THE SIGNING OF THIS CONTRACT. You must assume that Prep Xpress has begun and/or completed the preparation of your documents.

You may also cancel this contract at any time if we:

Fail to give you a copy of this contract before providing any services to you, or Fail to specify in the contract the services that we will perform and the costs of those services.

If you cancel this contract for any of these reasons, we must immediately refund in full any fees that you have paid.

You may also cancel this contract anytime if you have legal cause.

## VI. ATTORNEY'S FEES AND COSTS

In the event of suit or damages arising from this contract or to enforce any of its provisions, the court may award the prevailing party his/her reasonable attorney's fees and costs.

## VII. LEGAL DOCUMENT ASSISTANT

Business Name: Prep Xpress
Street address of business: 10737 Laurel St., Suite 105
City, State, and ZIP: Rancho Cucamonga, CA 91730
Telephone number: (909) 944-7900

Registration Number in county where the services will be provided: #112
County: Riverside
I have filed a bond or made cash deposit in the following counties: Riverside

Registration Number in county where the services will be provided: #165
County: Orange
I have filed a bond or made cash deposit in the following counties: Orange

Registration Number in county where the services will be provided: #176
County: San Bernardino
I have filed a bond or made cash deposit in the following counties: San Bernardino

## NOTICE TO CLIENT

YOU MAY OBTAIN INFORMATION FROM THE LOCAL BAR ASSOCIATION OR LEGAL AID OR LEGAL SERVICES OFFICE REGARDING FREE OR LOW COST REPRESENTATION BY A LAWYER.

YOU MAY CONTACT THE LOCAL POLICE, SHERIFF, DISTRICT ATTORNEY OR LEGAL AID OR LEGAL SERVICES OFFICE IF YOU BELIEVE THAT YOU ARE THE VICTIM OF FRAUD, UNAUTHORIZED PRACTICE OF LAW OR OTHER INJURY.

_____          11-21-16
Client                                                    Date

_____          _____
Client                                                    Date

THIS CONTRACT IS NOT VALID AND BINDING UNTIL THE LEGAL DOCUMENT ASSISTANT HAS GIVEN ALL CLIENT PARTIES A FULLY EXECUTED COPY OF IT, INCLUDING AN ACCURATE TRANSLATION OF IT IN ANY LANGUAGE OTHER THAN ENGLISH THAT THE CLIENT UNDERSTANDS AND THAT WAS PRINCIPALLY USED IN ANY ORAL SALES PRESENTATION OR NEGOTIATION LEADING TO EXECUTION OF THIS CONTRACT.

I have fully reviewed the contract and its terms with the client(s) and to my knowledge the client(s) has a full understanding of its contents.

_____          _____
Translator                                              Date

Revised October 2010

3

CLIENT AGREEMENT FOR SELF HELP SERVICES

If you cancel this contract for any of these reasons, we must immediately refund in full any fees that you have paid.

You may also cancel this contract anytime if you have legal cause.

## VI. ATTORNEY'S FEES AND COSTS

In the event of suit or damages arising from this contract or to enforce any of its provisions, the court may award the prevailing party his/her reasonable attorney's fees and costs.

## VII. LEGAL DOCUMENT ASSISTANT

Business Name: <u>Prep Xpress</u>
Street address of business: <u>10737 Laurel St., Suite 105</u>
City, State, and ZIP: <u>Rancho Cucamonga, CA 91730</u>
Telephone number: <u>(909) 944-7900</u>

Registration Number in county where the services will be provided: <u>#112</u>
County: <u>Riverside</u>
I have filed a bond or made cash deposit in the following counties: <u>Riverside</u>

Registration Number in county where the services will be provided: <u>#165</u>
County: <u>Orange</u>
I have filed a bond or made cash deposit in the following counties: <u>Orange</u>

Registration Number in county where the services will be provided: <u>#176</u>
County: <u>San Bernardino</u>
I have filed a bond or made cash deposit in the following counties: <u>San Bernardino</u>

## NOTICE TO CLIENT

YOU MAY OBTAIN INFORMATION FROM THE LOCAL BAR ASSOCIATION OR LEGAL AID OR LEGAL SERVICES OFFICE REGARDING FREE OR LOW COST REPRESENTATION BY A LAWYER.

YOU MAY CONTACT THE LOCAL POLICE, SHERIFF, DISTRICT ATTORNEY OR LEGAL AID OR LEGAL SERVICES OFFICE IF YOU BELIEVE THAT YOU ARE THE VICTIM OF FRAUD, UNAUTHORIZED PRACTICE OF LAW OR OTHER INJURY.

_____          11-21-16
Client                                                          Date


_____          _____
Client                                                          Date

THIS CONTRACT IS NOT VALID AND BINDING UNTIL THE LEGAL DOCUMENT ASSISTANT HAS GIVEN ALL CLIENT PARTIES A FULLY EXECUTED COPY OF IT, INCLUDING AN ACCURATE TRANSLATION OF IT IN ANY LANGUAGE OTHER THAN ENGLISH THAT THE CLIENT UNDERSTANDS AND THAT WAS PRINCIPALLY USED IN ANY ORAL SALES PRESENTATION OR NEGOTIATION LEADING TO EXECUTION OF THIS CONTRACT.

I have fully reviewed the contract and its terms with the client(s) and to my knowledge the client(s) has a full understanding of its contents.

_____          _____
Translator                                                   Date

Revised October 2010

3

CLIENT AGREEMENT FOR SELF HELP SERVICES

## III. SERVICES TO BE PROVIDED

We will provide you all of the following services (list all of the services that the client will be charges for):

*Removal of negative Inquiry on credit report, filing service fee waiver application*

Initials: **AS**

You are paying Prep Xpress only for those services listed above and no others.

COURT FILINGS, SERVICE OF PROCESS AND/OR CASE UPDATES FROM THE COURTS ARE NOT INCLUDED IN ANY PRICE GIVEN TO YOU BY PREP XPRESS. These services can be provided for an additional fee. If these services are requested and paid for, it is to be clearly stated above. It is unlawful for Prep Xpress to make any guarantee or promise to you unless it is written in this contract and unless we factual basis for making the guarantee or promise.

Initials: **AS**

## IV. FEES AND EXPENSES

You agree to pay PrepXpress the following fees, costs and expenses:

A flat fee in the total amount of $ *500.00* for all services, costs and expenses:

to be paid as follows (please see client invoice or promise to pay).

Initials: **AS**

In order to receive your final documents your full ☐cash amount and/or ☐post-dated check amount must be received by our office.

Initials: **AS**

## V. CANCELLATION and REFUND POLICY

YOU MAY CANCEL THIS CONTRACT FOR ANY REASON WITHIN TWELVE (12) HOURS FROM THE TIME YOU SIGNED IT BY TELEPHONE, FASCIMILE OR WRITTEN NOTICE (If cancellation of this contract is necessary, you are subject to a 20% processing fee).

Initials: **AS**

IF YOU CANCEL THE CONTRACT, PREP XPRESS MUST IMMEDIATELY REFUND ANY FEES THAT YOU HAVE PAID. THE ONLY FEES THAT WE MAY KEEP ARE FEES FOR SERVICES WHICH WE HAVE ACTUALLY, NECESSARILY, AND REASONABLY PERFORMED ON YOUR BEHALF DURING THE 12-HOUR PERIOD UNLESS YOU KNEW THAT WE WOULD PERFORM THOSE SERVICES AND YOU AGREED IN THIS CONTRACT THAT WE WOULD PERFORM THEM.

TO CANCEL THIS CONTRACT AND REQUEST AREFUND, SEND PREP XPRESS WRITTEN NOTICE STATING THAT YOU ARE CANCELING THE CONTRACT AND (1) MAIL THE NOTICE BY FIRST-CLASS MAIL AND WITH THE CORRECT POSTAGE TO PREP XPRESS AT THE ADDRESS IN PART VI BELOW; (2) E-MAIL THE REQUEST TO RANCHO@PREPXPRESS.COM; (3) DELIVER THE NOTICTO THE LOCATION WHERE THE SERVICES WERE RENDERED; (4) FAX THE NOTICE TO (877)277-8023. WE MUST RECEIVE YOUR METHOD OF CANCELLATION WITHIN THE TWELVE (12) HOUR PERIOD OF THE SIGNING OF THIS CONTRACT.

A REFUND SHALL ONLY BE ISSUED IF THE CANCELLATION WAS MADE WITHIN THE TWELVE (12) HOUR PERIOD. NO REFUNDS CAN BE GIVEN AFTER TWELVE HOURS FROM THE SIGNING OF THIS CONTRACT. You must assume that Prep Xpress has begun and/or completed the preparation of your documents.

You may also cancel this contract at any time if we:

Fail to give you a copy of this contract before providing any services to you, or Fail to specify in the contract the services that we will perform and the costs of those services.

2

CLIENT AGREEMENT FOR SELF HELF SERVICES

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

San Bernardino District - Civil
247 West Third Street

San Bernardino, CA 924150210

------------------------------------------------------------
------------------------------------------------------------

CASE NO: CIVDS1723534

AMAMDEEP SINGH
16856 MERRILL
FONTANA CA 92335

NOTICE OF TRIAL SETTING CONFERENCE

IN RE: SINGH V CAPITOL ONE

THIS CASE HAS BEEN ASSIGNED TO: MICHAEL A SACHS IN DEPARTMENT S28
FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for
Trial Setting Conference at the court located at 247 WEST THIRD STREET
SAN BERNARDINO, CA 92415-0210.

HEARING DATE: 05/31/18 at 8:30 in Dept: S28  (8th floor)

DATE: 11/30/17 Nancy Eberhardt, Court Executive Officer
By: LEANNE LANDEROS

------------------------------------------------------------
------------------------------------------------------------

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
(X) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 11/30/17
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 11/30/17 at San Bernardino, CA

BY: LEANNE LANDEROS

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Amandeep Singh<br>16856 Merrill<br>Fontana, CA 92335<br><br>TELEPHONE NO.: (909) 565-8508   FAX NO.:<br>ATTORNEY FOR *(Name):* Petitioner In Pro Per | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br><br>NOV 30 2017<br><br>BY: LEANNE M. LANDEROS, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino, CA 92415
BRANCH NAME: San Bernardino Justice Center-Civil Dep

CASE NAME: Singh vs Capital One, et.al.,

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: CIVDS 1723534 |
|---|---|---|---|---|
| [x] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [x] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary b. [x] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):*
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: June 29, 2017
Amandeep Singh
_____ (TYPE OR PRINT NAME)   ▶ _____ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 (Rev. July 1, 2007)   **CIVIL CASE COVER SHEET**   Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

Amandeep Singh

CASE NO.: ___ CIVDS 1723534

vs.

**CERTIFICATE OF ASSIGNMENT**

Capitol One, Discover Financial
Services, LLC; et al.

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the San Bernardino Justice District of the Superior Court under Rule 404 of this court for the checked reason:

[x] General    [ ] Collection

| | **Nature of Action** | **Ground** |
|---|---|---|
| [ ] | 1. Adoption | Petitioner resides within the district. |
| [ ] | 2. Conservator | Petitioner or conservatee resides within the district. |
| [x] | 3. Contract | Performance in the district is expressly provided for. |
| [ ] | 4. Equity | The cause of action arose within the district. |
| [ ] | 5. Eminent Domain | The property is located within the district. |
| [ ] | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 9. Mandate | The defendant functions wholly within the district. |
| [ ] | 10. Name Change | The petitioner resides within the district. |
| [ ] | 11. Personal Injury | The injury occurred within the district. |
| [ ] | 12. Personal Property | The property is located within the district. |
| [ ] | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| [ ] | 14. Prohibition | The defendant functions wholly within the district. |
| [ ] | 15. Review | The defendant functions wholly within the district. |
| [ ] | 16. Title to Real Property | The property is located within the district. |
| [ ] | 17. Transferred Action | The lower court is located within the district. |
| [ ] | 18. Unlawful Detainer | The property is located within the district. |
| [ ] | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [ ] | 20. Other | |
| [ ] | 21. THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

Fraud/Theft occurred in Central Judicial District          16856 Merrill
NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR                ADDRESS

Fontana,                              CA               92335
CITY                                  STATE            ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on June 29, 2017 ___ at San Bernardino ___, California

_____
Signature of Attorney/Party

Amandeep Singh

## CERTIFICATE OF ASSIGNMENT

13-16503-360, Rev 06-2014

SB-16503

Exhibit A - Page 32

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

Amandeep Singh

**CASE NO.:** CIVDS 1723534

**vs.**

### CERTIFICATE OF ASSIGNMENT

Capitol One; Discover Financial
Services, LLC; et.al.

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the
San Bernardino Justice District of the Superior Court under Rule 404 of this court for the checked reason:

[x] General          [ ] Collection

| | Nature of Action | Ground |
|---|---|---|
| [ ] | 1. Adoption | Petitioner resides within the district. |
| [ ] | 2. Conservator | Petitioner or conservatee resides within the district. |
| [x] | 3. Contract | Performance in the district is expressly provided for. |
| [ ] | 4. Equity | The cause of action arose within the district. |
| [ ] | 5. Eminent Domain | The property is located within the district. |
| [ ] | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 9. Mandate | The defendant functions wholly within the district. |
| [ ] | 10. Name Change | The petitioner resides within the district. |
| [ ] | 11. Personal Injury | The injury occurred within the district. |
| [ ] | 12. Personal Property | The property is located within the district. |
| [ ] | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| [ ] | 14. Prohibition | The defendant functions wholly within the district. |
| [ ] | 15. Review | The defendant functions wholly within the district. |
| [ ] | 16. Title to Real Property | The property is located within the district. |
| [ ] | 17. Transferred Action | The lower court is located within the district. |
| [ ] | 18. Unlawful Detainer | The property is located within the district. |
| [ ] | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [ ] | 20. Other | |
| [ ] | 21. THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

Fraud/Theft occurred in Central Judicial District                    16856 Merrill
NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR                        ADDRESS

Fontana,                                        CA                      92335
CITY                                           STATE                    ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed
on June 29, 2017 at San Bernardino , California

_Signature of Attorney/Party_

Amandeep Singh

## CERTIFICATE OF ASSIGNMENT

13-16503-360, Rev 06-2014

SB-16503

Exhibit A - Page 33