STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265347)
ADAM P. SNYDER (State Bar No. 312160)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email:  *lacalendar@stroock.com*

Attorneys for Defendant
  DISCOVER PRODUCTS INC., erroneously sued as
  DISCOVER FINANCIAL SERVICES, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDEEP SINGH,<br><br>                 Plaintiff,<br><br>          v.<br><br>CAPITOL ONE; DISCOVER FINANCIAL SERVICES, LLC; and DOES 1 TO 100, inclusive,<br><br>                 Defendants. | Case No. 5:18-cv-01187<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Local Rule 7.1-1 |

LA 52179870v2

**TO THE COURT, PLAINTIFF AND ALL ATTORNEYS OF RECORD**:

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for defendant Discover Products Inc., erroneously sued as Discover Financial Services, LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Discover Products Inc. is the servicing subsidiary of Discover Bank.  Discover Bank is a wholly-owned subsidiary of Discover Financial Services.  Discover Financial Services is a publicly traded corporation.  No publicly held corporation owns 10% or more of Discover Financial Services' stock.

Dated:  June 1, 2018

STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO
ADAM P. SNYDER


By:_____ */s/ Arjun P. Rao*_____
          Arjun P. Rao

Attorneys for Defendant
     DISCOVER PRODUCTS INC.,
     erroneously sued as DISCOVER
     FINANCIAL SERVICES, LLC

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

- 1 -

NOTICE OF INTERESTED PARTIES

LA 52179870v2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 1, 2018, a copy of the foregoing **NOTICE OF INTERESTED PARTIES** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of electronic Filing.  Parties may access this filing through the court's EM/ECF System.

*/s/ Arjun P. Rao*
Arjun P. Rao

*Via U.S. Mail:*

Amandeep Singh
16856 Merrill Street
Fontana, CA  92335

Hunter Eley
Doll Amir & Eley
1888 Century Park East, Suite 1850
Los Angeles, CA  90067
Email: heley@dollamir.com
Attorney for Capital One (USA) N.A.

- 1 -

NOTICE OF INTERESTED PARTIES