# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDEEP SINGH,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, LLC,<br><br>Defendant. | Case No.: EDCV18-1187 JGB (SPx)<br><br>**ORDER DISMISSING**<br><br>**HONORABLE JESUS G. BERNAL** |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 4, 2019

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE